**In re: Demond Maurice MIMMS,
Respondent.**

**No. 05–80071.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007 *.

Filed Nov. 19, 2007.

Demond Maurice Mimms, Corcoran, CA,
pro se.

Before: McKEOWN, TALLMAN and
CLIFTON, Circuit Judges.

MEMORANDUM **

This court has reviewed the notice of appeal and accompanying documents filed August 3, 2007 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. The request for a certificate of appealability is granted and the district court's order denying leave to proceed in forma pauperis in this habeas corpus proceeding is summarily reversed. *See Naddi v. Hill,* 106 F.3d 275, 277 (9th Cir.1997) (extra requirements of Prisoner Litigation Reform Act for prisoners proceeding in forma pauperis in civil cases do not apply to habeas corpus

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

proceedings). The appeal is remanded for further proceedings consistent with this order.

A certified copy of this order served on the district court for the Eastern District of California shall constitute the mandate of this court.

**REVERSED and REMANDED.**